# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00057-CV

### J. B. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY,
### NO. C150072CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant J.B.D. filed his notice of appeal on January 24, 2017. The appellate record was complete January 31, 2017, making appellant's brief due February 21, 2017. On February 21, 2017, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than March 13, 2017. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on February 24, 2017.

Before Chief Justice Rose, Justices Field and Bourland